IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-02215-CMA-BNB

ROCHELLE CAVAGNARO,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, L.L.C., a Delaware limited liability company,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

This matter is before the Court on Plaintiff's Notice of Dismissal With Prejudice (Doc. # 6). The Court having considered Plaintiff's Notice of Dismissal, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is hereby

ORDERED that this action DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

DATED: October  26 , 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge